IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **EUGENE ANDREWS** (K-56087), | ) |
| Plaintiff, | ) |
| v. | ) Case No. 16 C 7671 |
| **RANDY PFISTER**, Warden, et al., | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

After a couple of false starts, pro se prisoner plaintiff Eugene Andrews ("Andrews") has complied properly with this Court's urging that he file a Motion for Attorney Representation ("Motion") that can entitle him to designation of a member of this District Court's trial bar to handle his 42 U.S.C. § 1983 ("Section 1983") action in a way that would obviously be beyond the competence of nonlawyer Andrews.[1] Accordingly this Court grants the Motion (Dkt. No. 13), and it has obtained the name of this member of the trial bar who is designated to represent Andrews.

> John T. Ferjak, Esq.
> 561 Ryegrass Trail
> Aurora, IL 60504
> Phone: 630-687-7132
> E-mail: jtferjak@gmail.com.

This Court is contemporaneously issuing its customary initial scheduling order, and in the meantime counsel is ordered (1) to make arrangements for service of process on defendants,

---

[1] This should not be mistaken as a criticism of Andrews. Federal lawsuits are always difficult for a nonlawyer to handle, and the issues posed by Andrews' Section 1983 claim (a matter on which this Court expresses no substantive views) would render any effort at self-representation difficult for him.

(2) to confer with Andrews and (3) to determine whether the case may proceed on the basis of Andrews' self-prepared Complaint or whether an Amended Complaint should be filed.

                                             _____
                                             Milton I. Shadur
                                             Senior United States District Judge

Date:  October 7, 2016